In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for BAISLEY's POND PARK, Where Not Already Owned by THE CITY OF NEW YORK, and for the Opening and Extending of Barron Street (Evergreen Place) from Foch Boulevard (Boyland Avenue) to One Hundred and Sixteenth (Jacobs) Avenue; One Hundred and Sixteenth (Jacobs) Avenue from Barron Street (Evergreen Place) to One Hundred and Fifty-seventh Street (Norris Avenue); One Hundred and Eighteenth Avenue (Third Street) from Long Street to Lake View Boulevard East; Lake View Boulevard East from One Hundred and Eighteenth Avenue (Third Street) to One Hundred and Twenty-second Avenue (Tenth Street); One Hundred and Twenty-second Avenue (Tenth Street) from Lake View Boulevard East to Lake View Lane;

Lake View Lane from One Hundred and Twenty-second Avenue (Tenth Street) to Baisley Boulevard (Locust Avenue); One Hundred and Twenty-fifth Avenue (Cornell Street) from Sutphin Boulevard (Rockaway Turnpike) to One Hundred and Fifty-fifth Street (Lake View Boulevard); One Hundred and Fifty-fifth Street (Lake View Boulevard-Elder Avenue) from One Hundred and Twenty-fifth Avenue (Cornell Street) to One Hundred and Twentieth Avenue (Cooper Street); the Widening on its Easterly Side from the Second Angle Point North of One Hundred and Nineteenth Avenue to Foch Boulevard (Boyland Avenue); One Hundred and Twentieth Avenue (Eighth Street) from the Easterly Boundary of the City Lands Transferred from Baisley's Pond Park to Lake View Boulevard East, and the Triangular Area in One Hundred and Twentieth Avenue (Cooper Street) from One Hundred and Fifty-fifth Street (Lake View Boulevard) to a Point About Sixteen Feet Westerly Therefrom, Together with the Adjoining Courtyard Area, Borough of Queens, City of New York. THE CITY OF NEW YORK, Appellant; MALBOE REALTY CORPORATION, and Others, Respondents.— Appeal from final decree in condemnation proceedings wherein awards of tentative decree were increased. Final decree in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.